1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JEAN M. TURK
4 Special Assistant United States Attorney (#131517)
    333 Market Street, Suite 1500
5     San Francisco, California 94105
    Tel: (415) 977-8976
6     Fax: (415) 744-0134
    E-Mail: jean.turk@ssa.gov
7 Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| BENNY RALPH FRANCO, | EDCV 08-0799 SH |
|     Plaintiff, | **ORDER OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: January 07, 2009

/ S /

HON. STEPHEN J. HILLMAN

-1-

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28